No. 68—2464. George Babel et al. v. Adam Babel et al. In this case, Lord, Stoutenburg & Co. brought suit by attachment against George Babel and Catherine Beauchamp, to recover an indebtedness of $475.95, and caused Adam Babel and Freeman E. Pettit to be summoned as garnishees. Judgment having been rendered in favor of the plaintiffs for the amount of their claim and costs, and the cause afterward coming on for trial before the court without a jury, upon the issues taken upon the answers of the garnishees, judgment was rendered in favor of the garnishees. The fund sought to be reached by the writ of attachment was the sum of $687.93 in the hands of Pettit, being the proceeds of the sale of certain warehouse receipts for forty barrels of whisky, placed in Pettit's hands by Adam Babel for sale, and the controversy in the case was as to the ownership of said warehouse receipts. On the part of the attachment creditors, it was claimed that the receipts were placed by George Babel and Catherine Beauchamp in the hands of Adam Babel, as their agent, the real ownership remaining in them. It was claimed by Adam Babel, on the other hand, that he purchased said receipts from

George Babel and Catherine Beauchamp, in good faith for value, and that the receipts as well as the money realized therefrom belonged to him. The evidence bearing upon the foregoing issue was very conflicting. The court sees no reason in this case for departing from the usual rule that where the evidence is conflicting the decision of the trial court should be held to be conclusive. Affirmed. Opinion PER CURIAM. Judge below, ELLIOTT ANTHONY. Attorneys, for appellant, Messrs. HAMLINE & SCOTT; for appellee, Messrs. HIRAM H. CODY & SON.